IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-HC-2131-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD JOHN GRIFFIS, | ) |
| | ) |
| Respondent. | ) |

RESPONSE TO MEMORANDUM AND RECOMMENDATION

Petitioner, by and through the United States Attorney for the Eastern District of North Carolina, respectfully submits to the Court that we have no objection to the Memorandum and Recommendation filed by United States Magistrate/Judge James E. Gates on September 9, 2011

Respectfully submitted this 12th day of September, 2011.

THOMAS G. WALKER
United States Attorney

BY:  /s/Edward D. Gray
EDWARD D. GRAY
Assistant United States Attorney
Civil Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-Mail: edward.gray@usdoj.gov
N.C. Bar #37539
Attorney for Petitioner

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon the Edwin C. Walker, Office of the Federal Public Defender, counsel for respondent, by electronically filing the foregoing with the Clerk of Court this date, September 12, 2011, using the CM/ECF system which will send notification of such filing to the above.

BY: /s/Edward D. Gray
EDWARD D. GRAY
Assistant United States Attorney
Civil Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-Mail: edward.gray@usdoj.gov
N.C. Bar #37539
Attorney for Petitioner